WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:18-CV-00019-JHM

**GARRY RONALD SWAN**                                                                  PETITIONER

**VS.**

**TIM LANE**                                                                  WARDEN/RESPONDENT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the Petitioner's motion to vacate under 28 U.S.C. § 2254 (DN 1) is denied.

**IT IS FURTHER ORDERED** that a Certificate of Appealability as to all claims asserted in Petitioner's motion to vacate (DN 1) is denied.

*[signature]*
**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

August 13, 2018

Copies:        Counsel