#1,

Owensboro c/o Clerk,                    Date: 11-26-2018.
United States District Court,
423 Frederick Street, Ste. 126
Owensboro, KY, 42301-3013,

From: Carolyn R. Swan #236093, c/o Pat. Buzy.
K.S.R. 3001 West Hwy 146,
LaGrange, KY. 40032.

FILED
VANESSA L. ARMSTRONG, CLERK
NOV 28 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case No: 4:18-cv-19-JHM.

Clerk,
  I am writing this letter to inform you my Attorney - Maureen Sullivan, refuses to mail me a copy of the Magestrate's report & recommendation as well as the Judgement of the Court, as well as a Docket Sheet, Even more - will not send me a copy of the Objections she filed in response to the Judgement of the Court. I have none of this - & my Attorney - very rarely answers my calls, never any of my letters. She told me back in Aug 2018 - she'd mail it all to me & still has not. So until my Paralegal gets it - I can't continue to work my case - & even more - take appropriate action against her - & file a report. That is appropriate legal as well, & seek appropriate returnable funds regarding her unprofessional conduct as a Attorney. She even refuses to give me a Itemized Bill. → 2.

2.

So I write & ask with all due respect will you please send me a copy of the Magestrates report & recommendation. Also Judgement of the court. & a Docket Sheet. Please. & Also a copy of the objections she filed against the Magestrate report & Judgement of the court I'd very much appereiate it. Thank You For Your Attention.

Respectfully,

P.S. Feel Free to look into my Attorney Maureen Sullivan conduct & the many Bar complaints against her filed by her other clients. & there familys. over the years' Its Just Finding out about myself.



Buster Swan #236083 E.8 Ten Bu 24
KSR Godwest Rw 146,
LaGrange KY, 40032

Legal Mail

Sent on Monday 11-26-18

Owensboro united States District Court
c/o clerk office
423 Frederica Street,
Owensboro KY, 42301-3013